Dean T. Kirby, Jr.   090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:   (619) 685-4004

Attorneys for Leonard J. Ackerman, Trustee

UNITED STATES BANKRUPTCY COURT

Southern District of California

| In re | Case No. 11-17177-LA7 |
|---|---|
| LUXURY TOY CLUB, LLC<br><br>Debtor. | DECLARATION OF LEONARD J. ACKERMAN, TRUSTEE RE MOTION OF RICHARD M. KIPPERMAN, CUSTODIAN AND RECEIVER FOR ORDER AUTHORIZING TRUSTEE TO TURN OVER POSSESSION TO BANKRUPTCY COURT CUSTODIAN AND FOR RELIEF FROM THE AUTOMATIC STAY |

I, Leonard J. Ackerman, declare:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I have been appointed and am serving as interim trustee in the above-captioned case under chapter 7. I have personal knowledge of the facts stated here and could and would competently testify thereto if called as a witness.

2. Shortly following my appointment as trustee, I was contacted by Mr. Slater, the attorney for Richard Kipperman, Receiver. I learned the Mr. Kipperman was the receiver in possession of the property at 1012 Prospect Street, the Debtor's address as shown on the bankruptcy petition. Immediately after my appointment I contacted the property manager and requested that the locks be changed on the suite occupied by Luxury Toy Club.

///

///

///

1
ACKERMAN DECLARATION RE TRUSTEE'S STATEMENT OF POSITION RE KIPPERMAN MOTION

  3. The petition was filed without schedules.  Although the Debtor is a limited liability company (which is confirmed by online search of the records of the California Secretary of State) the Debtor is not represented by an attorney.  After receiving my appointment as Trustee, in an effort to learn about the Debtor's business and possible assets I visited the Debtor's website.  Their home page include pictures of a sports car, a power yacht and a private jet, and states:

> Luxury Toy Club is a membership club for successful individuals that like to have fun and reward themselves and others with exciting life experiences. Members enjoy easy access to luxury cars and exotic cars, jets, planes, limos, yachts and exclusive social events. At Luxury Toy Club, we offer the widest selction of Exotic Luxury Cars and provice excellent service. We always add new Luxury Cars to our collection, Lamborghini, Ferrari, Bentley and Rolls Royce just to name a few. We are San Diego's Luxury Car Rental Provider and your new favorite chauffeur service. Drive your new Luxury Car Rental today.

  4. The petition was filed on Wednesday, October 19.  On the following Wednesday, October 26, I appeared at the property and was conducted to Suite 300.  There I met with Mr. Mackey, who signed the petition on behalf of the Debtor as its Managing Member.  Also in attendance was Ms. Jacqueline Rigg, a paralegal employed by Kirby & McGuinn.

  5. At that time, Mr. Mackey allowed us to inspect the property on site in Suite 300. None of the equipment or records on the site were identifiable as the property or records of Luxury Toy Club.  Mr. Mackey then stated that Luxury Toy Club had not been in business for over a year.

  6. During my visit I also inspected the adjacent suite, No. 310, which I understand was at one time occupied by Luxury Toy Club.  That suite was vacant.

  7. Upon my appointment as Trustee I requested my attorneys to perform asset and UCC searches to determine whether any assets of the Debtor might exist.  Public records reports contain no indication that the Debtor has any assets.  For example, a UCC search reveals only a single financing statement, by Security Business Bank, which was terminated by the filing of an Amendment in May, 2010.  A litigation search does not indicate any currently pending creditor lawsuits against the Debtor.  My attorneys have requested information as to possible car and boat registrations from the California Department of Motor Vehicles, but it is too early to receive these results.

/ / /

8. Based upon my investigation, it appears to me that this chapter 7 case was filed solely for the purpose of delaying the eviction proceedings instituted by the Receiver. I therefore do not oppose the Receiver's emergency motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on October 31, 2011 at San Diego, California.

                                                /s/ Leonard J. Ackerman, Trustee
                                          LEONARD J. ACKERMAN, TRUSTEE

ACKERMAN DECLARATION RE TRUSTEE'S STATEMENT OF POSITION RE KIPPERMAN MOTION