1  Dean T. Kirby, Jr.    090114
   Roberta S. Robinson 099035
2  KIRBY & McGUINN, A P.C.
   707 Broadway, Suite 1750
3  San Diego, California 92101
   Telephone: (619) 685-4000
4  Facsimile:   (619) 685-4004

5  Attorneys for Leonard J. Ackerman, Trustee

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                      Southern District of California

10                                          Case No.        11-17177-LA7
   In re
11
   LUXURY TOY CLUB, LLC              CERTIFICATE OF SERVICE
12

13              Debtor.

14

15

16        I, Jacquelyn Rigg, declare under penalty of perjury that the following facts are true and

17  correct:  I am a resident of the State of California and over the age of 18 years and not a party to or

18  interested in the above-entitled matter.  I am an employee of Kirby & McGuinn, A P.C., and my

19  business address is 707 Broadway, Suite 1750, San Diego, California 92101.  On October 31, 2011,

20  I served the following document(s):

21      • TRUSTEE'S    STATEMENT    OF    POSITION    (NON-OPPOSITION)    RE
          EMERGENCY MOTION OF RICHARD M. KIPPERMAN, CUSTODIAN AND
22        RECEIVER FOR ORDER AUTHORIZING TRUSTEE TO TURN OVER
          POSSESSION TO BANKRUPTCY COURT CUSTODIAN AND FOR RELIEF
23        FROM THE AUTOMATIC STAY

24
        • DECLARATION OF LEONARD J. ACKERMAN, TRUSTEE RE MOTION OF
25        RICHARD M. KIPPERMAN, CUSTODIAN AND RECEIVER FOR ORDER
          AUTHORIZING TRUSTEE TO TURN OVER POSSESSION TO BANKRUPTCY
26        COURT CUSTODIAN AND FOR RELIEF FROM THE AUTOMATIC STAY

27  / / /

28  / / /

                                        1
                            CERTIFICATE OF SERVICE

by:

■    MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below.  I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

☐    PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

☐    OVERNIGHT DELIVERY: by enclosing, a true copy (ies) in a sealed FedEx envelope(s) addressed as shown below.

☐    VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

■    VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

Said document(s) was/were served on the following persons:

| *Debtor* | Gary E. Slater |
|---|---|
| Luxury Toy Club, LLC | SLATER & TRUXLAW LLP |
| 1012 Prospect St. #310 | 15373 Innovation Drive, Suite 210 |
| La Jolla, CA 92037 | San Diego, CA 92128 |

Leonard J. Ackerman - lenackerman@7trustee.net, c121@ecfcbis.com

Gary E. Slater on behalf of Interested Party Richard Kipperman - ges@slatertruxaw.com, grl@slatertruxaw.com;cks@slatertruxaw.com

United States Trustee - ustp.region15@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Date:                    KIRBY & McGUINN, A P.C.

By:   /s/ Jacquelyn Rigg
         Jacquelyn Rigg