| | |
|---|---|
| 1 | Dean T. Kirby, Jr.   090114 |
| | KIRBY & McGUINN, A P.C. |
| 2 | 707 Broadway, Suite 1750 |
| | San Diego, California 92101 |
| 3 | Telephone: (619) 685-4000 |
| | Facsimile:  (619) 685-4004 |
| 4 | |
| | Attorney for Trustee |
| 5 | Leonard J. Ackerman |

UNITED STATES BANKRUPTCY COURT

Southern District Of California

| | |
|---|---|
| In re | Case No.         11-17177-LA7 |
| LUXURY TOY CLUB, LLC, | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010 subd. (b), Kirby & McGuinn, A P.C. hereby enters its appearance in the above-captioned bankruptcy case on behalf of Leonard J. Ackerman, Trustee, and:

1. Requests that all notices, papers and orders filed herein, and such telephonic or other notice as is required to be given with respect to ex parte hearings, be sent and given to each of the addresses set forth below. In the event that any order is later entered herein regulating notice, the within request is intended as a request to receive notice to the maximum extent permitted under such order as to those parties requesting such notice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
NOTICE OF APPEARANCE & REQUEST FOR SPECIAL NOTICE

2.      Requests that any list of creditors or other list maintained for the purpose of giving notice of proceedings herein be amended to include, if it does not presently include, the following name and address:

        Dean T. Kirby, Jr.
        Kirby & McGuinn, A P.C.
        707 Broadway, Suite 1750
        San Diego, CA 92101
        Telephone: (619) 525-1652
        Facsimile:  (619) 525-1651
        Email:  dkirby@kirbymac.com

Dated:   November 1, 2011        KIRBY & McGUINN, A P.C.


        By:  ___/s/  Dean T. Kirby, Jr._____
            Dean T. Kirby, Jr.
            Attorney for Leonard J. Ackerman, Trustee