**CSD 1183** [08/01/11]
Name, Address, Telephone No. & I.D. No.

Robert Mackey
Luxury Toy Club, LLC
1012 Prospect St Ste #310
La Jolla CA 92037
Phone: 619 261-7000
Debtor In Pro Se

FILED
2011 NOV -7 AM 11: 15
CLERK
U.S. BANKRUPTCY CT.
SO DIST OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Luxury Toy Club, LLC, Debtor

BANKRUPTCY NO. 11-17177

Tax I.D.(EIN)#: 20-2626854 /S.S.#:XXX-XX-____ Debtor.

## NOTICE OF HEARING AND MOTION

TO: Gary E. Slater, Attorney for Richard M. Kipperman, Custodian, Case #11-059730-PB11, In re La Jolla UTC Corporation, and Receiver SDSC Case # 37-2010-00101501-CU-OR-CTL entitled GECMC 2007-C1 Prospect Street Limited Partnership v. LA JOLLA UTC CORP.

**YOU ARE HEREBY NOTIFIED** that on _____no date set_____, at _notset_ .m., in Department No._____, Room_____ the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of _Luxury Toy Club, LLC_, Movant, for
EMERGENCY MOTION TO SET ASIDE ORDER DECLARING NON-RESIDENTIAL LEASE REJECTED, AUTHORIZING AND DIRECTING TRUSTEE TO TURNOVER POSSESSION OF PREMISES TO THE BACKRUPTCY COURT CUSTODIAN AND RELIEF FROM AUTOMATIC STAY  (F.R.C.P. RULE 62)

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED:   November 7, 2011

_Robert Mackey, in Pro Se_
[Attorney for] Moving Party

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 1183

CSD 1183 (Page 2) [08/01/11]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 7th day of November, 2011, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:

Emergency Motion and Declaration

by [describe here mode of service]:
personal delivery

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]    Attorney for Debtor (if required):

Gary E. Slater
15373 Innovation Drive Suite #210
San Diego  CA  92128
Fax: 858 675-0733

| [✓] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  11/7/2011
              (Date)

Michelle Gilmore  /s/ Michelle Gilmore
(Typed Name and Signature)

PO Box 8067
(Address)

La Jolla, CA 92038
(City, State, ZIP Code)

CSD 1183