GARY E. SLATER (State Bar No. 99141)
TIMOTHY J. TRUXAW (State Bar No. 106428)
**SLATER & TRUXAW, LLP**
15373 Innovation Drive, Suite 210
San Diego, California 92128
(858) 675-0755   Fax (858) 675-0733
F:\Data\RE\59495\Pleadings\Luxury Toy Club\Bankruptcy Pleadings\Writ.wpd

Attorneys for Richard M Kipperman, Custodian, Case No. 11-059730-PB11, In re La Jolla UTC Corporation, and Receiver, San Diego Superior Court Case No. 37-2010-00101501-CU-OR-CTL entitled <u>GECMC 2007-C1 PROSPECT STREET LIMITED PARTNERSHIP v. LA JOLLA UTC CORP.</u>

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**LUXURY TOY CLUB, LLC**<br><br>        Debtor. | Bankruptcy Case No. 11-17177-LA7<br><br>**WRIT OF POSSESSION**<br><br>Dept: 2<br>Judge: Hon. Louise DeCarl Adler |

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to that certain ORDER ON <u>EMERGENCY MOTION</u> TO DECLARE NON-RESIDENTIAL LEASE REJECTED FOR ORDER AUTHORIZING AND DIRECTING TRUSTEE TO TURNOVER POSSESSION OF PREMISES TO BANKRUPTCY COURT CUSTODIAN AND FOR RELIEF FROM THE AUTOMATIC STAY (Doc #17), entered November 4, 2011, a copy of which is attached hereto as Exhibit "A" and made a part hereof, you are directed to levy upon and secure in your custody, possession of the premises located at 1012 Prospect Street, Suites 300 and 310, La Jolla, California, 92037 ("Both Premises"). This Writ of Possession applies to the Debtor, Luxury Toy Club, LLC and E-Mail Networks, Inc., a

1 | California Corporation ("EMN") and any entities or persons who have or claim to have obtained
2 | possession of Both Premises through the Debtor or EMN. Those entities and/or persons who are
3 | in possession of Both Premises at the time of the eviction should be removed. The United States
4 | Marshal is directed to leave any and all personal property found in Both Premises at the time of
5 | the eviction "as is" and undisturbed.

6 | You are further directed to release possession of Both Premises located at 1012 Prospect
7 | Street, Suites 300 and 310, La Jolla, California, 92037 to Richard M Kipperman, Custodian ("Mr.
8 | Kipperman") for Case No. 11-059730-PB11, *In re La Jolla UTC Corporation*, and Receiver in
9 | San Diego Superior Court Case No. 37-2010-00101501-CU-OR-CTL entitled <u>GECMC 2007-C1
10 | PROSPECT STREET LIMITED PARTNERSHIP v. LA JOLLA UTC CORP</u>, or his representative.

11 | You are further directed to return this Writ and the certificate of your proceeding within
12 | thirty (30) days after levy and service, but in no event later than sixty (60) days after issuance of
13 | this Writ.

14 | Given under my hand and seal of said Court aforesaid.

15 | Dated: 11/8/11         BARRY K. LANDER, Clerk

17 |                        By: _____, Deputy Clerk

United States of America
Southern District of California } SS

This is to certify that the within and attached
document is a full, true and correct copy of the
original thereof, as the same appears on file in
the offices of the Clerk of the United States
Bankruptcy Court of the Southern District of
California.

Witness this 8th day of November 20 11
Barry K. Lander
Clerk of Court

By _____
    Deputy Clerk