ENTERED **NOV 10 2011**

FILED

NOV - 9 2011

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
ROBERT MACKEY
LUXURY TOY CLUB, LLC.
1012 PROSPECT ST. STE. 310
LA JOLLA, CALIFORNIA 92037
Phone: 619-261-7000
Debtor In Pro Se

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

LUXURY TOY CLUB, LLC.

Debtor.

BANKRUPTCY NO. **11-17177-LA7**

Date of Hearing: **None Scheduled**
Time of Hearing:
Name of Judge: **Louise DeCarl Adler**

## ORDER ON

## EMERGENCY MOTION TO SET ASIDE ORDER, QUASH WRIT AND ORDER DISMISSAL

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. _____

1. Luxury Toy Club LLC (LTC) must appear through counsel. Mackey cannot represent LTC.
2. Same w/r/t EMail Networks, Inc —
3. S.D. Sup Ct. has granted possession to landlord/custodian as to EMail Networks
4. Ch. 7 TE of LTC has rejected lease.

DATED:

**NOT APPROVED**
DATED: 9 Nov 11

Judge, United States Bankruptcy Court
*Louise DeCarl Adler*
**BANKRUPTCY JUDGE**

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Rober Mackey, In Pro Se
(Firm name)

By: _____
Attorney for ☐ Movant ☐ Respondent

CSD 1001A

**CSD 1001A** [11/15/04] **(Page 2)**
ORDER ON EMERGENCY MOTION TO SET ASIDE ORDER, QUASH WRIT AND Q
DEBTOR: LUXURY TOY CLUB, LLC.                                    CASE NO: 11-17177-LA7

---

The Court having considered the EMERGENCY MOTION to Set Aside the Court's Order on November 04, 2011 Declaring Non-residential Lease Rejected, Authorizing and Directing Trustee to Turnover Possession of Premises to the Bankruptcy Court Custodian and for Relief from Automatic Stay in the case of 11-17177-LA7 after having reviewed the MOTION and DECLARATIONS by Robert Mackey, In Pro Se and the on the Record(s) on file herein on the Declaration of Robert Mackey filed November 7, 2011 on those matters which may be judicially noticed and on any and all further supporting evidence.

Furthermore, it is moved that the Court Quash the Writ recorded November 7, 2011 (issued November 8, 2011) and Order Trustee Leonard J Ackerman to Dismiss Chapter 7 Bankruptcy Filing of Luxury Toy Club, LLC (Case #11-17177-LA7).

IT IS HEREBY ORDERED:

1. The Courts Order on November 04, 2011 Declaring Non-residential Lease Rejected, Authorizing and Directing Trustee to Turnover Possession of Premises to the Bankruptcy Court Custodian and for Relief from Automatic Stay is SET ASIDE UNDER RULE 60-62.

2. The Writ recorded November 7, 2011 (issued November 8, 2011) is HEARBY QUASHED AND INVALID.

3. The US Marshall's Office to to reject the illegal Eviction process against e-Mail Networks, Inc and Robert Mackey as they are unrelated to the Luxury Toy Club, LLC filing.

4. It is Ordered that Trustee Leonard J Ackerman immediately Dismiss Chapter 7 Bankruptcy Filing of Luxury Toy Club, LLC (Case #11-17177-LA7) as would normally occur by improper filing of wrong Bankruptcy chapter.

5. It is Ordered that Court Issue a restraining Order Against future break-in and "takeover attempts" by Mr. Richard Kipperman, Gary E Slater and Newmark Merrill Property Management until this matter is resolved in California State Court.

IT IS SO ORDERED.

CSD 1001A