CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
ROBERT MACKEY
LUXURY TOY CLUB, LLC.
1012 PROSPECT ST. STE. 310
LA JOLLA, CALIFORNIA 92037
Phone: 619-261-7000
Debtor In Pro Se

ENTERED NOV 10 2011
FILED
NOV -9 2011
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

LUXURY TOY CLUB, LLC.

Debtor.

BANKRUPTCY NO. 11-17177-LA7
Date of Hearing: None Scheduled
Time of Hearing:
Name of Judge: Louise DeCarl Adler

## ORDER ON

## EMERGENCY MOTION TO SET ASIDE ORDER, QUASH WRIT AND ORDER DISMISSAL

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. _____

1. Luxury Toy Club LLC (LTC) must appear through counsel — Mackey cannot represent LTC.
2. Same w/r/t EMail Networks, Inc —
3. S.D. Sup Ct. has granted possession to Landlord/custodian as to EMail Networks
4. Ch. 7 TE of LTC has rejected lease.

NOT APPROVED
DATED: 9 Nov 11
Judge, United States Bankruptcy Court
BANKRUPTCY JUDGE

DATED:

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Rober Mackey, In Pro Se
(Firm name)

By: _____
Attorney for ☐ Movant ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] **(Page 2)**
ORDER ON EMERGENCY MOTION TO SET ASIDE ORDER, QUASH WRIT AND OF
DEBTOR: LUXURY TOY CLUB, LLC.                                              CASE NO: 11-17177-LA7

---

The Court having considered the EMERGENCY MOTION to Set Aside the Court's Order on November 04, 2011 Declaring Non-residential Lease Rejected, Authorizing and Directing Trustee to Turnover Possession of Premises to the Bankruptcy Court Custodian and for Relief from Automatic Stay in the case of 11-17177-LA7 after having reviewed the MOTION and DECLARATIONS by Robert Mackey, In Pro Se and the on the Record(s) on file herein on the Declaration of Robert Mackey filed November 7, 2011 on those matters which may be judicially noticed and on any and all further supporting evidence.

Furthermore, it is moved that the Court Quash the Writ recorded November 7, 2011 (issued November 8, 2011) and Order Trustee Leonard J Ackerman to Dismiss Chapter 7 Bankruptcy Filing of Luxury Toy Club, LLC (Case #11-17177-LA7).

IT IS HEREBY ORDERED:

1. The Courts Order on November 04, 2011 Declaring Non-residential Lease Rejected, Authorizing and Directing Trustee to Turnover Possession of Premises to the Bankruptcy Court Custodian and for Relief from Automatic Stay is SET ASIDE UNDER RULE 60-62.

2. The Writ recorded November 7, 2011 (issued November 8, 2011) is HEARBY QUASHED AND INVALID.

3. The US Marshall's Office to to reject the illegal Eviction process against e-Mail Networks, Inc and Robert Mackey as they are unrelated to the Luxury Toy Club, LLC filing.

4. It is Ordered that Trustee Leonard J Ackerman immediately Dismiss Chapter 7 Bankruptcy Filing of Luxury Toy Club, LLC (Case #11-17177-LA7) as would normally occur by improper filing of wrong Bankruptcy chapter.

5. It is Ordered that Court Issue a restraining Order Against future break-in and "takeover attempts" by Mr. Richard Kipperman, Gary E Slater and Newmark Merrill Property Management until this matter is resolved in California State Court.

IT IS SO ORDERED.

CSD 1001A

United States Bankruptcy Court
Southern District of California

In re:
Luxury Toy Club, LLC
Robert Mackey
     Debtors

Case No. 11-17177-LA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3     User: accrosby     Page 1 of 1     Date Rcvd: Nov 10, 2011
                       Form ID: pdf06     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2011.
db/db     +Luxury Toy Club, LLC,   Robert Mackey,   1012 Prospect St. #310,   La Jolla, CA 92037-4183
intp    ++++RICHARD KIPPERMAN,   PO BOX 3007,   LA MESA CA   91944-3007
         (address filed with court: Richard Kipperman,   P.O. Box 3939,   La Mesa, CA   91944-3939)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**     **Signature:** *Joseph Speetjens*